B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Southern District of Florida

In re    InteliStaf Healthcare, Inc.

Debtor(s)

Case No.

Chapter    11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Broadlane, Inc.<br>13727 Noel Road, Suite 1400<br>Dallas, TX 75240 | Attn: Crissy<br>Broadlane, Inc.<br>13727 Noel Road, Suite 1400<br>Dallas, TX 75240<br>972 813-7825 | Rebates | | 54,792.49 |
| Official Comm. of Unsecured Creditors of<br>Pascack Valley Hospital Assoc.<br>c/o Brett S. Moore, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997 | Brett S. Moore, Esq.<br>Official Comm. of Unsecured Creditors of<br>Pascack Valley Hospital Assoc.<br>c/o Brett S. Moore, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997<br>973 889-4231 | Alleged preferential transfers | Disputed | 28,764.77 |
| J.L. Burke Contracting, Inc.<br>18927 Hickory Creek Drive<br>Suite 210<br>Mokena, IL 60448 | Attn: Brad<br>J.L. Burke Contracting, Inc.<br>18927 Hickory Creek Drive<br>Suite 210<br>Mokena, IL 60448<br>708 479-1373 | Oakbrook Office Construction | | 12,166.90 |
| Cort<br>Cort National Billing<br>5432 West Chester Road<br>West Chester, OH 45069 | Attn: Bob<br>Cort<br>Cort National Billing<br>5432 West Chester Road<br>West Chester, OH 45069<br>866 924-2678 | Apartment furniture/travel | | 8,200.40 |
| Kaiser Foundation Health Plan<br>1950 Franklin Street<br>5th Floor<br>Oakland, CA 94612 | Attn: Jean<br>Kaiser Foundation Health Plan<br>1950 Franklin Street<br>5th Floor<br>Oakland, CA 94612<br>503 331-3029 | Client refund | | 7,697.60 |
| Department of Veteran Affairs<br>1st Avenue<br>One Block North of 22nd Street<br>Hines, IL 60141 | Department of Veteran Affairs<br>1st Avenue<br>One Block North of 22nd Street<br>Hines, IL 60141 | Rebates | | 6,605.57 |

B4 (Official Form 4) (12/07) - Cont.

In re   InteliStaf Healthcare, Inc.                             Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lee Memorial Health System<br>3441 Barley Court<br>Lakeland, FL 33803 | Attn: Kim<br>Lee Memorial Health System<br>3441 Barley Court<br>Lakeland, FL 33803<br>239 433-7799 | Client refund | | 4,925.00 |
| Brook Furniture Rental, Inc.<br>24997 Network Place<br>Chicago, IL 60673-1249 | Attn: Jan<br>Brook Furniture Rental, Inc.<br>24997 Network Place<br>Chicago, IL 60673-1249<br>866 276-6547, ext. 1220 | Apartment furniture/travel | | 4,834.81 |
| Sentara Healthcare<br>c/o Bus. Strategy<br>3000 Coliseum Drive<br>Hampton, VA 23666 | Attn: Marie<br>Sentara Healthcare<br>c/o Bus. Strategy<br>3000 Coliseum Drive<br>Hampton, VA 23666<br>757 727-7000 | Client refund | | 4,273.25 |
| Extended Stay Hotels<br>100 Dunbar Street<br>Spartanburg, SC 29304-2467 | Attn: Jane<br>Extended Stay Hotels<br>100 Dunbar Street<br>Spartanburg, SC 29304-2467<br>800 326-5651, Ext. 1866 | Accommodations for travel nurses | | 4,255.25 |
| RTG Medical<br>1005 East 23rd Street<br>Fremont, NE 68025 | Attn: Charlie<br>RTG Medical<br>1005 East 23rd Street<br>Fremont, NE 68025<br>866 784-2329 | Subcontractor | | 4,016.25 |
| Grandview Office Group<br>322 So. Hanover Street<br>Carlisle, PA 17013 | Att: Wendy<br>Grandview Office Group<br>322 So. Hanover Street<br>Carlisle, PA 17013<br>717 243-8555 | Office rent | | 3,023.32 |
| Ceridian<br>120 Eagle Rock<br>East Hanover, NJ 07936 | Attn: Ina<br>Ceridian<br>120 Eagle Rock<br>East Hanover, NJ 07936<br>813 645-8752 | Payroll Processing | | 2,017.76 |
| AT&T Internet Services<br>4119 Broadway, Room 660<br>San Antonio, TX 78209 | Attn: Rachel<br>AT&T Internet Services<br>4119 Broadway, Room 660<br>San Antonio, TX 78209<br>866 937-3664 | Internet services | | 1,958.94 |
| Arizona Public Service Co.<br>400 North 5th Street<br>Phoenix, AZ 85004 | Attn: James<br>Arizona Public Service Co.<br>400 North 5th Street<br>Phoenix, AZ 85004<br>800 253-9405 | Apartment utilities | | 1,321.30 |

B4 (Official Form 4) (12/07) - Cont.
In re   IntelliStaf Healthcare, Inc.                                                                      Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chesapeake<br>6820 Deerpath Road<br>Elkridge, MD 21075-6234 | Attn: Lawrence<br>Chesapeake<br>6820 Deerpath Road<br>Elkridge, MD 21075-6234<br>410 379-6200 | Monthly Usage Rpt./travel nurses | | 1,097.74 |
| People's Furniture Rental<br>6818 Tacoma Mall Blvd.<br>Tacoma, WA 98409 | Attn: Franceska<br>People's Furniture Rental<br>6818 Tacoma Mall Blvd.<br>Tacoma, WA 98409<br>800 922-1231 | Apartment furniture/travel nurses | | 840.10 |
| JSA Hotel Comfort Suites, LLC<br>12281 Mariposa Road<br>Victorville, CA 92395 | Attn: Itzel<br>JSA Hotel Comfort Suites, LLC<br>12281 Mariposa Road<br>Victorville, CA 92395<br>760 245-6777 | Hotel accommodations for travel nurses | | 556.40 |
| AzHHA Service Corporation<br>2901 N. Central Avenue, Suite 900<br>Phoenix, AZ 85012 | AzHHA Service Corporation<br>2901 N. Central Avenue, Suite 900<br>Phoenix, AZ 85012<br>602 445-4300 | Monthly Usage Rpt. for Arizona | | 473.02 |
| Hospital Services Corporation<br>7471 Pan American Freeway, NE<br>Albuquerque, NM 87109 | Attn: Pam<br>Hospital Services Corporation<br>7471 Pan American Freeway, NE<br>Albuquerque, NM 87109<br>505 343-0070 | Monthly Usage Rpt. for New Mexico | | 461.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date      7/2/10                         Signature      _____
                                                        Mohsin Y. Meghji
                                                        Chief Restructuring Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.